## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

**UNITED STATES OF AMERICA**

**CRIMINAL NO. TDC 22-169**

vs.

**ANDRON WOOD**

*************************************************************************

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

It is hereby requested that the appearance of William Porter. Esq be withdrawn as counsel for the Defendant, Andron Wood in the above captioned case.

In support of the above captioned Motion, the Defendant respectfully states:

1. That William Porter is no longer a Defense Attorney, and he is disqualified from representing the Defendant anymore, because he is now employed as an Assistant States Attorney for Prince Georges County, Maryland.

2. That Defense Counsel has thoroughly disclosed his new position with the Defendant, his family, and this Honorable Court, and the Defendant consents to Defense Counsel withdrawing his appearance in the above captioned case.

3. That the Defendant is requesting that this Honorable Court appoint him new counsel to represent him throughout the duration of his case.

4. That the Defendant has completed the required Financial Disclosure form, and he qualifies to be appointed a new attorney.

**WHEREFORE,** the Defendant prays:

a. That the Honorable Court withdraws the appearance of William Porter as Defense Counsel in the above captioned case.

b. That this Honorable Court appoint a new attorney to represent the Defendant in the above captioned case.

c. Such further relief as the Defendant's cause may merit.

Respectfully Submitted

William Porter
9701 Apollo Drive
Suite 301
Largo, Maryland 20774
Tel: 301-358-4348
CPF# 0801030027
wporter27@yahoo.com

Attorney for Respondent

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 7th day of July 2023, the foregoing Motion for Leave to Withdraw as Counsel was served by electronic service, through PACER.

William Porter

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

CRIMINAL NO. TDC 22-169

vs.

ANDRON WOOD

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

UPON CONSIDERATION of the foregoing Defendant's Motion for Leave to Withdraw the Appearance of William Porter. Esq as counsel for the Defendant in the above captioned case, and Motion to appoint new counsel, it is by the United States District Court for the District of Maryland, this _____ day of _____, 2023

**ORDERED**, that the Defendant's Motion for leave to Withdraw the Appearance of William Porter. Esq as counsel for the Defendant in the above captioned case is **GRANTED**

**ORDERED**, that the Defendant's Motion to appoint a new Defense Attorney as counsel for the Defendant in the above captioned case is **GRANTED**

**J U D G E**