IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | *   CRIMINAL NO. TDC-22-0048 |
| | * |
| ANDRON RYDEAL WOOD, | * |
| | * |
| Defendant | * |
| | * |

\*\*\*\*\*\*\*

## ORDER

Upon consideration of the government's motion, the Court hereby finds there is good cause to grant the government's request in light of the content of the Sentencing Memorandum, and the information provided in the motion. The Sentencing Memorandum contains sensitive information and no reasonable alternative to sealing are available. Specifically, redaction of sensitive portions of the Sentencing Memorandum would render the documents substantially unreadable and would compromise counsel's ability to convey important information relevant to this case.

Therefore, it is this _____ day of January 2026, ORDERED that the government's Sentencing Memorandum is placed under SEAL, pending further order of the Court.

_____
HONORABLE THEODORE D. CHUANG
UNITED STATES DISTRICT JUDGE